UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

POLICE OFFICERS' DEFENSE
COALITION, INC.;
JAMES J. FOTIS;
JUDITH E. SECHER; and,
BERT ARTHUR EYLER,

    Defendants.

Case No. **2:20-cv-12840**

Honorable Laurie J. Michelson
United States District Judge

Honorable R. Steven Whelan
United States Magistrate Judge

___

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff MARK W. DOBRONSKI ("Plaintiff"), pursuant to Fed.R.Civ.P. 55(a), hereby requests that a Clerk's Entry of Default be entered against defendants **POLICE OFFICERS' DEFENSE COALITION, INC., JAMES J. FOTIS, JUDITH E. SECHER,** and **BERT ARTHUR EYLER** for failure to plead or otherwise defend.

### AFFIDAVIT

In support of this request for Clerk's Entry of Default, Plaintiff states that:

1. The summons and complaint were served upon defendant POLICE OFFICERS' DEFENSE COALITION, INC. on October 8, 2020 at 9251 Greenspire

Lane, Lake Worth, Florida 33467 by serving James J. Fotis, its President.

2. The summons and complaint were served upon defendant JAMES J. FOTIS on October 8, 2020 at 9251 Greenspire Lane, Lake Worth, Florida 33467 by personal service.

3. The summons and complaint were served upon defendant JUDITH E. SECHER on October 2, 2020 at 621 North 44th Avenue, Hollywood, Florida 33021 by personal service.

4. The summons and complaint were served upon defendant BERT ARTHUR EYLER on October 2, 2020 at 5401 Dabneys Mill Court, Haymarket, Virginia 20169 by personal service.

5. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12 and 81(c)(2).

6. The defendant is not an infant, incompetent person, or a member of the military service.

7. This statement is true and is signed under the penalty of perjury.

Date: November 18, 2020

*(signature)*
Mark W. Dobronski
Plaintiff *Pro Se*

Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
(734) 641-2300

## CERTIFICATE OF SERVICE

I hereby certify that on **November 18, 2020**, I caused copies of the foregoing *Request for Clerk's Emtry of Default* to be served upon all parties and/or attorneys of record to the above-captioned cause herein by sending same in a sealed envelope, with first-class postage fully prepared thereupon, and deposited in the United States Mail, addressed as follows:

> Beverly M. Griffor, Esq.
> Collis & Griffor, PC
> 1851 Washtenaw Road
> Ypsilanti, Michigan 48197-1702

I declare under the penalties of perjury that this Certificate of Service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

_____
Mark W. Dobronski