UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI,

    Plaintiff,

v.

POLICE OFFICERS' DEFENSE
COALITION, INC., JAMES J. FOTIS,
JUDITH E. SECHER,
and BERT ARTHUR EYLER,

    Defendants,

Case No. 2:20-cv-12840-LJM-RSW

Honorable Laurie J. Michelson
United States District Judge

R. Stephen Whelan
United States Magistrate Judge

## STIPULATION TO DISMISS

The parties, having resolved this matter through a Confidential Settlement Agreement, hereby stipulate that the above-captioned matter is hereby voluntarily dismissed with prejudice and without costs as to all parties.

DATED this **28th** day of April, 2021.

Respectfully submitted,

_____
Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
Telephone: (734) 641-2300
E-mail: markdobronski@yahoo.com

_____
Beverly M. Griffor (P71337)
Collis, Griffor & Hendra PC
1851 Washtenaw Avenue
Ypsilanti, Michigan 48197-1702
Telephone: (734) 827-1337
E-mail: bgriffor@collisandgriffor.com
Attorney for Defendants